IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| V. § | CRIMINAL NO. 6:07CR82 |
| § | JUDGE DAVIS |
| TONYA JANAY HOUSTON, aka TJ (05) § | |

**FINAL ORDER OF FORFEITURE**

WHEREAS, on July 1, 2008, the Defendant, TONYA JANAY HOUSTON, also known as TJ, entered into a Plea Agreement with the United States in which the Defendant agreed that she had obtained $1,000,000.00 in proceeds from the offense alleged in Count 1 of an Information, a violation of 21 U.S.C. § 846, Conspiracy to possess with intent to distribute and distribution of at least 50 grams but less than 200 grams of a mixture or substance containing a detectable amount of methamphetamine, for which the Defendant has been convicted, and

WHEREAS, the United States has filed a Motion for an Order of Forfeiture which would consist of a personal money judgment against the Defendant in the amount of $1,000,000.00, and

WHEREAS, Rule 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment,"

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Defendant shall forfeit to the United States the sum of $1,000,000.00 pursuant to 21 U.S.C. § 853 and 28 U.S.C. § 2461.

IT IS FURTHER ORDERED that pursuant to Rule 32.2(b)(3), this Order of Forfeiture shall become final as to the Defendant at the time of sentencing, and shall be made part of the sentence and included in the judgment.

IT IS FURTHER ORDERED that the United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed $1,000,000.00 to satisfy the money judgment in whole or in part.

**So ORDERED and SIGNED this 3rd day of July, 2008.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE